UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BURTON JAMES KETTNER                                                    PLAINTIFF
# 183468

V.                              No. 4:23-CV-734-JM-JTR

SHARRON CASTLEBERRY, Jail
Administrator, Prairie County
Detention Facility; RICK PARSONS,
Sheriff, Prairie County Detention
Facility; RICK HICKMAN, Former
Sheriff, Prairie County, Prairie County
Detention Facility; and BRAD GRADY,
Former Administrator, Prairie County
Detention Facility                                                      DEFENDANTS

## ORDER

On September 28, 2023, Plaintiff Burton James Kettner ("Kettner"), currently in custody at the Central Arkansas Community Correction Center, filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights while he was an inmate in the Prairie County Detention Center. *Doc. 2*. The Court noted some deficiencies in the original Complaint, and allowed Kettner thirty days to file an Amended Complaint that would supersede his previous Complaint. *Doc. 4 at 4–5*. Kettner has now filed an Amended Complaint and a Second Amended Complaint.[1] *Docs. 6, 8*.

---

[1] The Court reads Kettner's *pro se* Amended Complaints together as constituting his claims. *See Topchian v. JPMorgan Chase Bank, N.A.*, 760 F.3d 843, 849 (8th Cir. 2014) (*pro se* complaint must be "liberally construed" and "*pro se* litigants are held to a lesser pleading standard than other

Kettner alleges that the Prairie County Administrator Sharron Castleberry, Sheriff Rick Parsons, former Sheriff Rick Hickman, and former Administrator Brad Grady knew of his medical needs but denied him medical care for his stage four colon cancer, heart condition, and dental needs, among other issues. *Doc. 8 at 3*. He says he was in constant pain and that he pulled out three of his teeth himself. *Doc. 6 at 5. For screening purposes only*, the Court concludes that Kettner has pled viable deliberate indifference to serious medical needs claims against Sharron Castleberry, Rick Parsons, Rick Hickman, and Brad Grady.[2]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to prepare summonses for Defendants Sharron Castleberry, Rick Parsons, Rick Hickman, and Brad Grady.

2. The United States Marshal is directed to serve the summonses, Amended and Second Amended Complaints (*Doc. 6; Doc. 8*), and this Order on each

---

parties"); *Kiir v. N.D. Pub. Health,* 651 F. App'x 567, 568 (8th Cir. 2016) (amendment "intended to supplement, rather than to supplant, the original complaint," should be read together with original complaint).

[2]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

of the Defendants, at the Prairie County Detention Facility, without prepayment of fees or costs.[3]

SO ORDERED this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If any Defendant is no longer a Prairie County employee, the individual responding to service must file a *sealed* statement providing the unserved Defendant's last known private mailing address.