IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BURTON JAMES KETTNER**                                                                 **PLAINTIFF**

V.                              Case No. 4:23-CV-00734-JM

**SHARRON CASTLEBERRY, Jail**
**Administrator, Prairie Co. Detention**
**Facility,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Benecia B. Moore and the objections made by Plaintiff. Plaintiff's objections consist of arguments he made in response to the motion for summary judgment and have been considered by Judge Moore and now by this Court. After carefully considering these documents and making a de novo review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Defendants' Motion for Summary Judgment (Doc. 49) is GRANTED. Plaintiff Burton James Kettner's medical deliberate indifference claims against Defendants Sharron Castleberry, Rick Parsons, Rick Hickman, and Brad Grady are DISMISSED with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED this 18th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE