# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BURTON JAMES KETTNER**                                                **PLAINTIFF**

**V.**                      **Case No. 4:23-CV-00734-JM**

**SHARRON CASTLEBERRY, Jail Administrator, Prairie Co. Detention Facility,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff Burton James Kettner's claims against Defendants Sharron Castleberry, Rick Parsons, Rick Hickman, and Brad Grady are dismissed with prejudice. All relief sought is denied, and the case is closed.

DATED this 18th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE